An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK PETER ESTRADA, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63171



FILED

JUN 0 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Appellant stated in the notice of appeal that he was appealing to this court from the March 13, 2013 order denying his fast-track appeal. *See Estrada, Jr., v. State*, Docket No. 60864 (Order of Affirmance, March 13, 2013). No appeal can be made to this court from an order of this court. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16681

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Frank Peter Estrada, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk